IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| GENERAL CHARLES E. "CHUCK" YEAGER, an individual; PMN II, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>FORT KNOX SECURITY PRODUCTS, INC., a Utah Corporation,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER DENYING STIPULATED MOTION REGARDING OVERLENGTH BRIEFING<br><br><br><br>Case No. 2:11-CV-91 |

This matter is before the Court on a Stipulated Motion Regarding Overlength Briefing.[1] Under DUCivR 7-1(e) this Court "will approve such requests only for good cause and a showing of exceptional circumstances." The Court does not find exceptional circumstances here. The Motion will be denied, Plaintiffs' Opposition will be stricken, and Plaintiffs will be required to re-file their opposition in accordance with DUCivR 10-1 and DUCivR 7-1.

---

[1] Docket No. 105.

It is therefore

ORDERED that the Stipulated Motion Regarding Overlength Briefing (Docket No. 105) is DENIED.  It is further

ORDERED that Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (Docket No. 103) is STRICKEN.  Plaintiffs shall have until Thursday, August 15, 2013, to re-file their Opposition in accordance with DUCivR 10-1 and DUCivR 7-1.  Defendant shall have until Monday, August 19, 2013, to file its reply.

DATED   August 13, 2013.

BY THE COURT:

_____
TED STEWART
United States District Judge